**Order entered May 5, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00273-CV**

**CAROLYN S. THOMAS, Appellant**
**V.**
**DALLAS HOUSING AUTHORITY, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-00824**

**ORDER**

Before the Court is appellant's May 3, 2021 motion in which she appears to be seeking an extension of time to pay the appellate filing fee. We **GRANT** the motion and **ORDER** appellant to, no later than June 3, 2021, either pay the fee or file written verification she is entitled to proceed without payment of costs in accordance with Texas Rule of Civil Procedure 145 and/or Texas Rule of Appellate Procedure 20.1

As the Court has previously cautioned, failure to comply may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 42.3(c).

/s/     CRAIG SMITH
        JUSTICE